**No. 10-5184. Kenneth A. Roberts, Petitioner v. Deb McCulloch.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 812, 2011 U.S. LEXIS 18.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 908, 131 S. Ct. 255, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 7019.

---

**No. 10-5275. John R. G., Petitioner v. Catholic Charities of Southern Nevada.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 812, 2011 U.S. LEXIS 52.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 912, 131 S. Ct. 269, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 6841.

---

**No. 10-5304. Edd Cox, Jr., Petitioner v. Florida.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 812, 2011 U.S. LEXIS 527.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 914, 131 S. Ct. 273, 178 L. Ed. 2d 180, 2010 U.S. LEXIS 7262.

---

**No. 10-5380. George William Blood, Petitioner v. United States.**

562 U.S. 1172, 131 S. Ct. 983, 178 L. Ed. 2d 812, 2011 U.S. LEXIS 210.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 918, 131 S. Ct. 286, 178 L. Ed. 2d 188, 2010 U.S. LEXIS 6902.

---

**No. 10-5474. Barbara Leone Corbin, Petitioner v. Barbara J. Wheeler, Warden.**

562 U.S. 1172, 131 S. Ct. 984, 178 L. Ed. 2d 812, 2011 U.S. LEXIS 84.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 924, 131 S. Ct. 306, 178 L. Ed. 2d 198, 2010 U.S. LEXIS 7435.

---

**No. 10-5485. Edward Meredith, Petitioner v. Florida.**

562 U.S. 1172, 131 S. Ct. 984, 178 L. Ed. 2d 812, 2011 U.S. LEXIS 438.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7277.

---

**No. 10-5501. Kerry McNeil, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford.**

562 U.S. 1172, 131 S. Ct. 984, 178 L. Ed. 2d 812, 2011 U.S. LEXIS 308.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 925, 131 S. Ct. 310, 178 L. Ed. 2d 201, 2010 U.S. LEXIS 7318.